# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1654.  DAVID T. HARRISON v. THE STATE.**

In 2016, David Harrison pleaded guilty to armed robbery and obstruction of an officer. He later filed a motion to withdraw his guilty plea, which the trial court denied by order entered on December 1, 2016. Harrison filed a motion for reconsideration, which the trial court denied by order entered on May 19, 2017.[1] On June 20, 2017, Harrison filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Harrison's notice of appeal was filed 201 days after entry of the order denying his motion to withdraw his guilty plea and 32 days after entry of the order denying reconsideration.[2] Thus, the notice of appeal is untimely as to both orders. Further, even if the notice of appeal were timely as to the order denying reconsideration, the denial of a motion for reconsideration is not a directly appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000).

---

[1] In the motion, Harrison also requested a free copy of his criminal case record and transcripts, but his notice of appeal refers only to the denial of his motion to withdraw his guilty plea.

[2] The 30th day after the May 19, 2017 order denying reconsideration fell on a Sunday. Thus, the last day for Harrison to file a timely notice of appeal was Monday, June 19, 2017. See OCGA § 1-3-1 (d) (3).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/04/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*
                                                    , *Clerk.*